John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel (702) 853-5490
Fax (702) 227-1975
jaldrich@johnaldrichlawfirm.com

Jason M. Kerr
Nevada State Bar No. 7773
Email:  jasonkerr@ppktrial.com
PRICE, PARKINSON & KERR
5742 W. Harold Gatty Drive
Salt Lake City, Utah 84116
Tel: 801-517-7088
Fax: 801-530-2932

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EIGHT IP, LLC, a Delaware limited liability company;<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ELEMENT NUTRITION, INC, an Ontario Canada corporation; and PROMINO BRANDS, INC, an Ontario Canada corporation.<br><br>　　　　　Defendants/Counterclaimants,<br><br>v.<br><br>Eight IP, LLC, JOHN ALKIRE, ANRY FERRANDO, and ROBERT WOLFE | **ORDER ON STIPULATED MOTION TO EXTEND RESPONSE TIMES TO MOTION TO DISMISS AND COUNTERCLAIMS**<br><br>Case No. 2:25-cv-01471 |

## <u>ORDER</u>

The Court, having reviewed the Parties Stipulated Motion to Extend Response Times for

Motion to Dismiss and Counterclaims, being duly advised and upon good cause shown, hereby

**GRANTS** the Stipulated Motion. Plaintiff/Counterclaim Defendant Eight IP, LLC shall have until

Order on Motion to Extend Response Times

1

July 24, 2026 to respond to the Motion to Dismiss [ECF No. 17] and Counterclaimants Element Nutrition, Inc. and Promino Brands Inc. shall have until August 14, 2026 to submit any reply memorandum. Any response by Counterclaim Defendant Eight IP, LLC to the Counterclaims [ECF No. 18] shall be filed by July 31, 2026, and any response by Counterclaim Defendant John Alkire to the Counterclaims [ECF No. 18] shall be filed by July 31, 2026.  Any response by Counterclaim Defendant Arny Ferrando to the Counterclaims [ECF No. 18] shall be filed by July 28, 2026, and any response by Counterclaim Defendant Robert Wolfe to the Counterclaims [ECF No. 18] shall be filed by July 28, 2026.

ORDERED  this 13th day of July, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Order on Motion to Extend Response Times

2