**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EIGHT IP, LLC, a Delaware limited liability company,<br><br>Plaintiff(s),<br><br>vs.<br>ELEMENT NUTRITION, INC, an Ontario Canada corp., and PROMINO BRANDS, INC, an Ontario Canada corp.,<br>Defendant(s). | Case #2:25-cv-01471<br><br>**ORDER APPROVING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Justin James Hasford (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
(firm name)

with offices at 901 New York Avenue, NW (street address),

Washington (city), District of Columbia (state), 20001-4413 (zip code),

(202) 408-4175 (area code + telephone number), justin.hasford@finnegan.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Element Nutrition, Inc. & Promino Brands, Inc. [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since May 10, 2004 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of District of Columbia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Supreme Court | January 7, 2013 | |
| U.S. Court of Appeals for the Federal Circuit | September 25, 2009 | |
| U.S. Court of Appeals for the D.C. Circuit | 04/30/2018 | 60995 |
| U.S. District Court, Western District of Tennessee | November 16, 2020 | |
| U.S. District Court, Western District of Texas | February 22, 2022 | |
| U.S. District Court, Eastern District of Virginia | April 23, 2004 | |
| U.S. District Court, Western District of Virginia | October 13, 2009 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

District of Columbia Bar, Virginia State Bar, New Jersey State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF District of Columbia )
)
COUNTY OF NA )

Justin James Hasford, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

13th day of July, 2026.

Notary Public or Clerk of Court

VIRGINIA SIMMONS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2028

VIRGINIA SIMMONS NOTARY PUBLIC EXP. 3-31-28 DISTRICT OF COLUMBIA

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Stewart C. Fitts (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Hutchinson & Steffen, PLLC, 10080 West Alta Drive, Suite 200,
(street address)

Las Vegas, (city) Virginia, (state) 89145, (zip code)

(702) 385-2500, (area code + telephone number) sfitts@hutchlegal.com. (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Stewart C. Fitts as (name of local counsel) his/her/their Designated Resident Nevada Counsel in this case.

[signature]
(party's signature)

Element Nutrition, Inc. VITO SANZONE CEO
(type or print party name, title)

[signature]
(party's signature)

Promino Brands, Inc. VITO SANZONE, CEO
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/Stewart C. Fitts*
Designated Resident Nevada Counsel's signature

| | |
|---|---|
| 5635 | sfitts@hutchlegal.com |
| Bar number | Email address |

APPROVED:

Dated: this 16th day of July, 20 26.

[signature]
UNITED STATES DISTRICT JUDGE

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Justin James Hasford*

*was duly qualified and admitted on May 10, 2004 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 29, 2026.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **JUSTIN JAMES HASFORD** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **JUSTIN JAMES HASFORD** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 16, 2003**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued July 9, 2026

DaVida M. Davis
DaVida M. Davis
**Director of Regulatory Compliance**

# Supreme Court of New Jersey

# Certificate of Good Standing

*This is to certify that* **JUSTIN J HASFORD**
*(No.* **280132018** *) was constituted and appointed an Attorney at Law of New Jersey on* **July 24, 2018** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 9th day of July, 2026.*

Heather J. Baker

*Clerk of the Supreme Court*