**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EIGHT IP, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>ELEMENT NUTRITION, INC, an Ontario Canada corporation; and PROMINO BRANDS, INC, an Ontario Canada corporation.<br><br>Defendants/Counterclaimants,<br><br>v.<br><br>Eight IP, LLC, JOHN ALKIRE, ARNY FERRANDO, and ROBERT WOLFE<br><br>Counterclaim Defendants. | **ORDER ON STIPULATED MOTION TO EXTEND RESPONSE TIMES TO MOTION TO DISMISS AND COUNTERCLAIMS**<br><br>**(Second Stipulation)**<br><br>Case No. 2:25-cv-01471-ART-BNW |

**ORDER**

The Court, having reviewed the Parties' Stipulated Motion to Extend Response Times for Motion to Dismiss and Counterclaims, being duly advised and upon good cause shown, hereby **GRANTS** the Stipulated Motion. Plaintiff/Counterclaim Defendant Eight IP, LLC shall have until July 31, 2026 to respond to the Motion to Dismiss [ECF No. 17]. Any response by Counterclaim Defendants Eight IP, LLC, John Alkire, Arny Ferrando, and Robert Wolfe to the Counterclaims [ECF No. 18] shall also be filed by July 31, 2026. Counterclaimants Element Nutrition, Inc. and Promino Brands Inc. shall have until August 31, 2026 to submit any response. No further extensions will be granted except for exceptional circumstances.

ORDERED this 28th day of July, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE